256.

## Bankers Building, Inc., Appellee, v. Howard F. Bishop, Appellant.

Gen. No. 42,586.

Heard in the third division, first district, this court at the February term, 1943; opinion filed May 18, 1945; rehearing denied June 8, 1945; released for publication June 8, 1945. O. D. Buckles and Jerome J. Sladkey, for appellant; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Isaac E. Ferguson and Morton Lane, of counsel. Opinion by JUSTICE LUPE. Not to be published in full.